389 A.2d 176

Commonwealth v. Munoz, Appellant.

Submitted March 22, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Flora L. Becker, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence is reversed and the case is remanded for a new probation revocation hearing, preceding which appellant shall be given written notice of the alleged violations. *Commonwealth v. Stratton,* 235 Pa.Super. 566, 344 A.2d 636 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.